UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                   Case No. 8:17-cr-471-VMC-SPF

GREGORY GADDIS

_____/

**ORDER**

This matter is before the Court on consideration of the United States' Motion to Dismiss Pending Violation of Probation (Doc. # 184), filed on December 22, 2022. The Court ordered Defendant Gregory Gaddis to appear for a hearing on the Motion set for January 5, 2023. (Doc. # 186). However, Mr. Gaddis refused to voluntarily attend the hearing. Nevertheless, the Court grants the Motion and orders that Mr. Gaddis be immediately released from Pinellas County Jail.

On September 29, 2017, Mr. Gaddis was arrested and detained for transmitting threats to kidnap or do harm across state lines. (Doc. # 3 at 1-2). On August 1, 2019, Mr. Gaddis pleaded guilty. (Doc. # 73). Pursuant to a plea agreement, the parties requested that Mr. Gaddis be sentenced to a 60-month term of probation. (Id.). Between the time of his arrest

1

and his plea, Mr. Gaddis underwent psychological evaluation to determine if he was competent to stand trial and enter a plea agreement. (Doc. # 184 at 1-2). On August 1, 2019, the Court sentenced Mr. Gaddis in conformity with the parties' request to a term of 60 months of probation with special conditions to protect the public and allow him to receive the help he needed. (Doc. ## 90-91).

On October 21, 2019, Mr. Gaddis was arrested and detained for violating probation by absconding. (Doc. # 98). The statutory maximum penalty for such a violation is five years. (Doc. # 184 at 5). After his arrest, the Court again found reasonable grounds to believe Mr. Gaddis was again suffering from conditions rendering him incompetent to proceed. (Doc. # 133). On July 22, 2020, Magistrate Judge Sean P. Flynn found Mr. Gaddis incompetent to proceed and ordered that he be taken into the Attorney General's custody to undergo treatment to determine whether there was a substantial probability that he could be restored to competence in the foreseeable future. (Doc. # 148). However, as of December 25, 2022, Mr. Gaddis reached the statutory maximum penalty of five years of incarceration related to this violation. Therefore, in the interest of justice, the United States seeks a dismissal of the violation of probation.

As Mr. Gaddis has been detained for the statutory maximum period of time, the Court must grant the United States' Motion. The Court also cannot order that Mr. Gaddis be placed under another period of supervised release. However, before ordering his release, the Court had scheduled a hearing to assist Mr. Gaddis in familiarizing himself with the tools available to protect himself and the public.

The Court provides the following recommendations to Mr. Gaddis and requests that his counsel hand-deliver this Order to him at the Pinellas County Jail where he is currently detained. Mr. Gaddis should call the phone number 211 for essential community services that are available to him, including but not limited to, housing, substance abuse, and mental health counseling. The Court also requests that Mr. Gaddis consider residing at Pinellas Safe Harbor, an emergency shelter located immediately next to Pinellas County Jail. Safe Harbor can provide him with additional services, including transportation, meals, clothing, and community support services.

Mr. Gaddis should also be provided with contact information for his family members, upon his release, so that he may contact them if he so chooses. The Court hopes that

3

Mr. Gaddis's family can provide support to him in whatever way they are able to do so.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The United States' Motion to Dismiss is **GRANTED.**

(2)  The Court orders that Defendant Gregory Gaddis be immediately released from detention.

(3)  Pinellas County Jail officials should hand deliver to and leave this Order with Mr. Gaddis.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>5th</u> day of January, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE